**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


<u>Jeffrey Jordan</u>

    v.                                  Civil No. 06-cv-222-PB

<u>Verizon Services Corp.</u>


**<u>ORDER</u>**

    Re:   Document No. 6, <u>Defendant Verizon's Motion to Extend Date For Filing Its Response To Petitioner's Petition To Appeal Decision Of Finding Of Non Willful Non-Payment Of Vacation Pay</u>

    Ruling: GRANTED.  While defendant's allegation of excusable neglect is at best marginal, this court has a strong bias toward determination of matters on the merits where, as here, there is clearly no prejudice to the nonmoving party.  The Clerk should also mark the Motion for Default "moot".

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        U.S. Magistrate Judge

Date: July 24, 2006

cc:   Penny Sue Dean, Esq.
       Steven E. Hengen, Esq.