UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jeffrey Jordan

    v.                              Civil No. 06-cv-222-PB

Verizon Services Corp.


**ORDER**

    Re:  Document No. 22, Plaintiff Jordan's Motion Renewing His Request For Discovery

    Ruling: **DENIED**.  Discovery was stayed.  At the pretrial counsel was queried as to whether discovery under Rule 56(f) was necessary and it appeared it was not needed.  The present motion does not request discovery under Rule 56(f), plaintiff has filed his objection to the defendant's Rule 56 motion, and counsel provides no justification to lift the discovery stay.

                                              _/s/ James R. Muirhead_
                                              James R. Muirhead
                                              U.S. Magistrate Judge

Date: October 13, 2006

cc:    Penny Sue Dean, Esq.
        Steven E. Hengen, Esq.
        Arthur G. Telegen, Esq.